NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE SPIKE, LLC,**
*Plaintiff-Appellee*

**v.**

**ADOBE SYSTEMS, INC.,**
*Defendant-Appellant*

**SOUNDHOUND, INC.,**
*Defendant*

---

2016-1075

---

Appeal from the United States District Court for the Northern District of California in No. 4:14-cv-01647-YGR, Judge Yvonne Gonzalez Rogers.

---

**JUDGMENT**

---

RANDALL T. GARTEISER, Garteiser Honea, PLLC, Tyler, TX, argued for plaintiff-appellee. Also represented by KIRK ANDERSON, CHRISTOPHER A. HONEA.

EUGENE Y. MAR, Farella Braun & Martel LLP, San Francisco, CA, argued for defendant-appellant. Also represented by JEFFREY M. FISHER, DANIEL C. CALLAWAY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court